UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _13-4830_ as

☑ Retained ☐ Court-appointed(CJA) ☐ Court-assigned(non-CJA) ☐ Federal Defender ☐ Pro Bono ☐ Government

COUNSEL FOR: _Mohammad Taher Al-Svgi_

_____ as the
(party name)

☑ appellant(s) ☐ appellee(s) ☐ petitioner(s) ☐ respondent(s) ☐ amicus curiae ☐ intervenor(s)

_____
(signature)

_ALAN DEXTER BOWMAN_                    _973-622-2225_
Name (printed or typed)                 Voice Phone

_ALAN DEXTER BOWMAN_                    _973-242-6768_
Firm Name (if applicable)               Fax Number

_Gateway I, Suite 105_

_Newark, N.J. 07102_                    _Alan.bowman.law.office@gmail.com_
Address                                 E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on _Nov. 13, 2013_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Paul J. Nathanson, Esq.
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia (22314)
(703) 299-3700

_____          _____
Signature                                  Date

11/17/2011
SCC

[ Print ]   [ Save ]   [ Reset Form ]