UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DOCKETING STATEMENT--CRIMINAL CASES

**Directions:** Counsel must make a **docketing statement (criminal)** entry in CM/ECF within 14 days of filing a notice of appeal or cross appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form and any extended answers, (2) any transcript order form, and (3) any CJA 24 authorization form. Counsel who filed the notice of appeal is responsible for filing the docketing statement even if different counsel will handle the appeal. In criminal cases, counsel who represented the defendant below must continue on appeal unless the court of appeals grants a motion to withdraw. Appellants proceeding pro se are not required to file a docketing statement. Opposing counsel may file objections to the docketing statement within 10 days of service using the ECF event-**docketing statement objection/correction**.

| Appeal No. & Caption | U.S. v. Mohammad T. Al-Suqi<br>13-4830 |
|---|---|
| Originating No. & Caption | U.S. v. Mohammad T. Al-Suqi<br>1:13-cr-00191 |
| District Court & Judge | Honorable James C. Cacheris |

| Jurisdiction (answer any that apply) | | |
|---|---|---|
| Date of entry of order/judgment appealed from | 10/18/13 | |
| Date this notice of appeal filed | 10/29/13 | |
| If cross appeal, date first notice of appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final order or judgment? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| Transcript – Order all necessary transcript now. Extensions of the briefing schedule to order additional transcript are disfavored ||||| 
|---|---|---|---|---|
| (Identify necessary transcript dates and state whether the transcript is on file or a copy of the transcript order is attached. CJA counsel must attach copy of the CJA 24 with the transcript order.). |||||
| Trial Date(s): | Ordering prior to sentencing | ⦿ On File | ◯ Order Attached | ◯ Not Needed |
| Plea Date: |  | ◯ On File | ◯ Order Attached | ⦿ Not Needed |
| Sentence Date: | 10/18/13 | ◯ On File | ⦿ Order Attached | ◯ Not Needed |
| Other Date(s): |  | ◯ On File | ◯ Order Attached | ⦿ Not Needed |

| Case Handling Requirements (answer any that apply) ||| 
|---|---|---|
| Case number of any prior appeal in same case | N/A ||
| Case number of any pending appeal in same case | N/A ||
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A ||
|  | If abeyance or consolidation is warranted, counsel must file an appropriate motion. ||
| Is expedited disposition necessary? | ◯ Yes | ⦿ No |
|  | If yes, motion to expedite must be filed. ||

| Issues (Non-binding statement of issues to raise on appeal. Attach additional page if necessary.) |
|---|
| Counsel must review transcripts. I was not the trial attorney |

| Appellant's Name & Address | Counsel's Name & Address |
|---|---|
| Name: Mohammad Al-Suqi<br>Address: 7612 Gaylord Avenue<br>Annadale, Virginia 22003<br><br>E-Mail:<br>Phone: | Name: Alan Dexter Bowman<br>Address: 1 Gateway Center Suite 105<br>Newark, NJ 07102<br><br>E-Mail: alanbowman.lawoffice@gmail.com<br>Phone: 973-622-2225 |

Signature: /s/  Date: 12/5/13

Counsel for: Appellant

Certificate of Service: I certify that on 12/5/13 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Paul J. Nathanson, Esq.<br>Assistant United States Attorney<br>2100 Jamieson Avenue<br>Alexandria, Virginia (22314)<br>703-299-3700 | |
| Signature: | Date: |

# FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style U.S. v. Mohammad Al-Suqi
Dist. Ct. No. 1:13-cr-00191        District Eastern District of Alexandria, Virginia
Date Notice of Appeal filed    10/29/13    Court of Appeals No. 13-4830
Name of Court Reporter/Electronic Rec. (use separate form for each reporter) Julie Goodwin
Address of Reporter 401 Courthouse Square Alexandria, Virginia 22314

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal. The completed form must show that necessary financial arrangements have been made or that the original CJA 24 Form has been submitted to the district court clerk. Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45. If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order. If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so. In sentencing appeals, a transcript of the sentencing hearing must be ordered. In Anders appeals, plea (or trial) and sentencing transcript must be ordered. If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter. In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates. Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files. Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A. This constitutes an order of the transcript of the following proceedings. Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages. Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal. Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | 10/18/13 |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

TOTAL ESTIMATED PAGES 45

B. I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made.
  ☑ Private funds. (Deposit of $ 192 enclosed with court reporter's copy. Check No. 1768 .)
  ☐ Criminal Justice Act. The original CJA 24 Form has been submitted to the district court clerk and a copy is attached.
  ☐ Government expense (civil case--IFP). Motion for transcript at government expense is pending with district judge.
  ☐ Advance payment waived by court reporter. Payment in full is due upon receipt of transcript.
  ☐ Federal Public Defender - no CJA 24 Form necessary.
  ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _/s/_        Typed name Alan Dexter Bowman
Address  1 Gateway Center Suite 105 Newark, NJ 07102
Email alanbowman.lawoffice@gmail.com        Telephone No. (973) 622-2225
Date Sent to Reporter 12/05/13

CAD
09/28/2012