Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, NJ 07102
973-622-2225

| | |
|---|---|
| United States<br><br>　　Plaintiff-Respondant<br><br><br>Mohammad Al-Suqi<br><br>　　Defendant- Appellant | United States Court of Appeals<br>for the Fourth Circuit<br>Docket No. 13-4830<br><br>**Criminal Action**<br>Motion For an Extension Of<br>Time To File Appeal Brief |

To:   Clerk, Fourth Circuit
      Court of Appeals
      Lewis F. Powell Jr.
      Courthouse & Annex
      1100 East Main St. Suite 501
      Richmond, VA 23219

Paul J. Nathanson, Esq., AUSA
2100 Jamieson Avenue
Alexandria, Virginia (22314)

**Please Take Notice** that defendant-appellant Mohammad Al-Suqi, by his attorney Alan Dexter Bowman, Esq., hereby moves for a 30-day extension of time in which to file the appeal brief herein.

In support of this motion, defendant-appellant will rely upon the attached certification of counsel.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Alan Dexter Bowman, Esq

## Certification of Service

E-filed on January 20, 2014

Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, NJ 07102
973-622-2225

| | |
|---|---|
| United States<br><br>　　Plaintiff-Respondant<br><br><br>Mohammad Al-Suqi<br><br>　　Defendant- Appellant | United States Court of Appeals<br>for the Fourth Circuit<br>Docket No. 13-4830<br><br>**CRIMINAL ACTION**<br>Certification In Support of Motion |

# Certification

Alan Dexter Bowman, of full age, hereby certifies as follows:

1. I represent defendant-appellant. Our brief is due on January 31, 2014. I am commencing a death penalty trial on January 31, 2014 in North Carolina Sate Court in <u>State v. Hurd.</u>

2. Preparations for that matter have interrupted completion of the brief. I am hopeful that the brief can be completed within the extension period.

3. The facts herein are true.

/s/
_____
Alan Dexter Bowman, Esq.