Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, NJ 07102
973-622-2225

|  |  |
|---|---|
| United States <br><br> Plaintiff-Respondant <br><br><br> Mohammad Al-Suqi <br><br> Defendant- Appellant | United States Court of Appeals for the Fourth Circuit <br> Docket No. 13-4830 <br><br> **Criminal Action** <br> Motion For an Extension Of Time To File Appeal Brief |

To:   Clerk, Fourth Circuit
      Court of Appeals
      Lewis F. Powell Jr.
      Courthouse & Annex
      1100 East Main St. Suite 501
      Richmond, VA 23219

Paul J. Nathanson, Esq., AUSA
2100 Jamieson Avenue
Alexandria, Virginia (22314)

**Please Take Notice** that defendant-appellant Mohammad Al-Suqi, by his attorney Alan Dexter Bowman, Esq. hereby moves for a second 30 day extension of time in which to file the appeal brief herein.

In support of this motion, defendant-appellant will rely upon the attached certification of counsel.

/s/
_____
Alan Dexter Bowman, Esq

## Certification of Service

E-file

Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, NJ 07102
973-622-2225

| | |
|---|---|
| United States<br><br>    Plaintiff-Respondant<br><br><br>Mohammad Al-Suqi<br><br>    Defendant- Appellant | United States Court of Appeals<br>for the Fourth Circuit<br>Docket No. 13-4830<br><br>**CRIMINAL ACTION**<br>Certification In Support of Motion |

# <u>Certification</u>

1.  I represent defendant-appellant. Our brief is due on January 31, 2014. I commenced a death penalty trial on January 31, 2014 in North Carolina Sate Court in <u>State v. Hurd</u>. I am still in that trial. It is expected to conclude within the next 3 weeks

2.  Participation in the death penalty trial interrupted completion of the brief. The brief will be completed within a reasonable period after conclusion of the trial.

3.  I was also delayed by medical procedures to which I submitted within the past 4-5 weeks.

4. The facts herein are true.

/s/
_____
Alan Dexter Bowman, Esq.