Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, New Jersey 07102
973-622-2225

_____

| | : | |
|---|---|---|
| | : | United States Court of Appeals |
| United States | : | for the Fourth Circuit |
| | : | Docket No. 13-4830 |
| Plaintiff-Respondant | : | |
| | : | |
| | : | **Criminal Action** |
| Mohammad Al-Suqi | : | Motion For an Extension Of |
| | : | Time To File Appeal Brief |
| Defendant- Appellant | : | |

_____

To:   Clerk, Fourth Circuit            AUSA Paul J. Nathanson, Esq., AUSA
       Court of Appeals                 2100 Jamieson Avenue
       Lewis F. Powell Jr.              Alexandria, Virginia (22314)
       Courthouse & Annex
       1100 East Main St. Suite 501
       Richmond, VA 23219


**Please Take Notice** that defendant-appellant Mohammad Al-Suqi, by his attorney Alan Dexter Bowman, Esq. hereby moves for a 14-day extension of time in which to file the appeal brief herein.

In support of this motion, defendant-appellant will rely upon the attached certification of counsel. The United States takes no position and defers to the Fourth Circuit.


                                                    /s/ Alan Dexter Bowman
                                                    Alan Dexter Bowman, Esq.

## Certification of Service

E-file

Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, New Jersey 07102
973-622-2225

_____

| | : | |
|---|---|---|
| | : | United States Court of Appeals |
| United States | : | for the Fourth Circuit |
| | : | Docket No. 13-4830 |
| Plaintiff-Respondant | : | |
| | : | |
| | : | **CRIMINAL ACTION** |
| Mohammad Al-Suqi | : | Certification In Support of Motion |
| | : | |
| Defendant- Appellant | : | |

_____

# **Certification**

    1.    I represent defendant-appellant. Our brief is due on April 2, 2014. I recently completed a seven-week death penalty trial in North Carolina v. Justin Hurd. I returned to my office on March 10, 2014. I am working diligently on this matter and intend to complete it within the requested period of extension. (April 16, 2014.

    2.    The death penalty prosecution endured two weeks longer than initially contemplated. I also returned home with a severe cold and am recovering. Absent some truly extraordinary circumstances, no additional time will be requested.

    3.    The facts herein are true. The United States takes no position and defers to the Fourth Circuit.

    /s/Alan Dexter Bowman
    Alan Dexter Bowman, Esq.